United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANG KIM,

Plaintiff,

v.

PORSCHE CARS NORTH AMERICA, INC.,

Defendant.

Case No. 26-cv-06214-HSG

**SCHEDULING ORDER**

A case management conference was held on September 29, 2026. Having considered the parties' proposal, *see* Dkt. No. 13, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 20, 2026 |
| Close of Fact Discovery | February 5, 2027 |
| Exchange of Opening Expert Reports | February 26, 2027 |
| Exchange of Rebuttal Expert Reports | March 19, 2027 |
| Close of Expert Discovery | April 9, 2027 |
| Dispositive Motion Hearing Deadline | June 10, 2027, at 2:00 p.m. |
| Pretrial Conference | September 7, 2027, at 3:00 p.m. |
| Jury Trial (4 days) | September 27, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 9/30/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California